```
FILED
March 9, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALLEN SAUCEDO, )<br>)<br>Defendant. ) | Case No. MAG. 07-0066-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ALLEN SAUCEDO, Case No. MAG. 07-0066-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of the full equity in the following properties:

        1. 1421 Grand Ave., Sacramento, CA 95838

        2. 3935 Lily St., Sacramento, CA

    _X_   Appearance Bond with Surety

    _X_   (Other) Conditions as stated on the record

    _X_   (Other) The Defendant is ordered released on March 9, 2007, however the secure bond paperwork is to be filed with the Clerk of Court, no later than Monday, March 12, 2007.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 9, 2007  at 2:55 pm

By _____
Edmund F. Brennan
United States Magistrate Judge